IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIAM MAXWELL | § | |
| VS. | § | CIVIL ACTION NO.   1:22-CV-38 |
| WARDEN, FCI BEAUMONT | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner William Maxwell, a prisoner confined at the Federal Correctional Institution in Beaumont, Texas, proceeding *pro se*, brings this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

The Petition was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Factual Background

Petitioner alleges the Bureau of Prisons instituted a nationwide prison lockdown following an incident that took place at the United States Penitentiary in Beaumont on January 31, 2022. A general search of the low security prison, where Petitioner is confined, was conducted the next day. Petitioner was not charged with any disciplinary infractions as a result of the search, but Petitioner alleges the prison unit remained on lockdown for punitive purposes related to the search. During this time, Petitioner contends that the prisoners were not permitted to use telephones, computers and televisions. Petitioner asserts that he was denied administrative remedy forms to file grievances concerning the denial of privileges.

Discussion

Because Petitioner's claims do not concern the fact or duration of his confinement, a habeas petition is not the appropriate vehicle to raise his claims. *Lineberry v. United States*, 380 F. App'x 452, 453 (5th Cir. 2010). As a result, the magistrate judge recommended dismissing the Petition without prejudice. (Doc. #2.) In response, Petitioner filed a Motion to Withdraw the Petition. (Doc. #4.) Petitioner states that he wants to withdraw this Petition, exhaust administrative remedies, and then file a civil rights action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Petitioner is entitled to dismiss the action voluntarily prior to the service of an answer or motion for summary judgment by any adverse parties. Because Respondent has not served a responsive pleading, Petitioner's Motion to Withdraw should be granted.

Recommendation

This Petition for Writ of Habeas Corpus should be dismissed without prejudice.

Objections

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United*

*Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

      **SIGNED this the 9th day of May, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE